# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

IN RE:                                                      CASE NO. 09-23302

    Romer Fernandez

**DEBTOR(S)**                                               **CHAPTER 13**

## ORDER DISMISSING CHAPTER 13 CASE WITH PREJUDICE

____    The debtor has filed a motion in accordance with 11 U.S.C. § 1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. § 706 or § 1112.

____    A party in interest, (the Chapter 13 Trustee), other than the debtor has filed a motion in accordance with 11 U.S.C. § 1307(c) seeking to dismiss the case. The court finds, after notice and a hearing, that the motion should be granted with prejudice.

_XX_    A Court's motion having been heard for failure to file Schedules, Statements and Plan and notice having been given.

**IT IS ORDERED THAT:**

1. This chapter 13 case is dismissed WITH PREJUDICE. **

2. The trustee shall file a final accounting under chapter 13 within 90 days from the date of this order.


** The Debtor, Romar Fernandez, individually or jointly, may not be a Debtor pursuant to Title 11, United States Code, at any time during the 180 days following December 4, 2009. Sections 105 and 109.

Dated: December 4, 2009                                     BY THE COURT

                                                                                                                Albert S. Dabrowski
                                                                                                **Chief United States Bankruptcy Judge**